# EXHIBIT A

**Exhibit A**

**NFL Team Website Headers**

A. **NFL's Arizona Cardinals Website Header**[1]



B. **NFL's Atlanta Falcons Website Header**[2]



C. **NFL's Baltimore Ravens Website Header**[3]



D. **NFL's Buffalo Bills Website Header**[4]



E. **NFL's Carolina Panthers Website Header**[5]



---

[1] ARIZONA CARDINALS, www.azcardinals.com (last visited October 27, 2022).
[2] ATLANTA FALCONS, www.atlantafalcons.com (last visited October 27, 2022).
[3] BALTIMORE RAVENS, www.baltimoreravens.com (last visited October 27, 2022).
[4] BUFFALO BILLS, www.buffalobills.com (last visited October 27, 2022).
[5] CAROLINA PANTHERS, www.panthers.com (last visited October 27, 2022).

F. NFL's Chicago Bears Website Header [6]



G. NFL's Cincinnati Bengals Website Header [7]



H. NFL's Cleveland Browns Website Header [8]



I. NFL's Dallas Cowboys Website Header [9]



J. NFL's Denver Broncos Website Header [10]



---

[6] CHICAGO BEARS, www.chicagobears.com (last visited October 27, 2022).
[7] CINCINNATI BENGALS, www.bengals.com (last visited October 27, 2022).
[8] CLEVELAND BROWNS, www.clevelandbrowns.com (last visited October 27, 2022).
[9] DALLAS COWBOYS, www.dallascowboys.com (last visited October 27, 2022).
[10] DENVER BRONCOS, www.denverbroncos.com (last visited October 27, 2022).

**K. NFL's Detroit Lions Website Header** [11]



**L. NFL's Green Bay Packers Website Header** [12]



**M. NFL's Houston Texans Website Header** [13]



**N. NFL's Indianapolis Colts Website Header** [14]



**O. NFL's Jacksonville Jaguars Website Header** [15]



---

[11] DETROIT LIONS, www.detroitlions.com (last visited October 27, 2022).
[12] GREEN BAY PACKERS, www.packers.com (last visited October 27, 2022).
[13] HOUSTON TEXANS, www.houstontexans.com (last visited October 27, 2022).
[14] INDIANAPOLIS COLTS, www.colts.com (last visited October 27, 2022).
[15] JACKSONVILLE JAGUARS, www.jaguars.com (last visited October 27, 2022).

P.  **NFL's Kansas City Chiefs Website Header** [16]



Q.  **NFL's Las Vegas Raiders Website Header** [17]



R.  **NFL's Los Angeles Chargers Website Header** [18]



S.  **NFL's Los Angeles Rams Website Header** [19]



T.  **NFL's Miami Dolphins Website Header** [20]



---

[16] KANSAS CITY CHIEFS, www.chiefs.com (last visited October 27, 2022).
[17] LAS VEGAS RAIDERS, www.raiders.com (last visited October 27, 2022).
[18] LOS ANGELES CHARGERS, www.chargers.com (last visited October 27, 2022).
[19] LOS ANGELES RAMS, www.therams.com (last visited October 27, 2022).
[20] MIAMI DOLPHINS, www.miamidolphins.com (last visited October 27, 2022).

U. **NFL's Minnesota Vikings Website Header** [21]



V. **NFL's New England Patriots Website Header** [22]



W. **NFL's New Orleans Saints Website Header** [23]



X. **NFL's New York Giants Website Header** [24]



Y. **NFL's New York Jets Website Header** [25]



---

[21] MINNESOTA VIKINGS, www.vikings.com (last visited October 27, 2022).
[22] NEW ENGLAND PATRIOTS, www.patriots.com (last visited October 27, 2022).
[23] NEW ORLEANS SAINTS, www.neworleanssaints.com (last visited October 27, 2022).
[24] NEW YORK GIANTS, www.giants.com (last visited October 27, 2022).
[25] NEW YORK JETS, www.newyorkjets.com (last visited October 27, 2022).

Z. NFL's Philadelphia Eagles Website Header [26]



AA. NFL's Pittsburgh Steelers Website Header [27]



BB. NFL's San Francisco 49ers Website Header [28]



CC. NFL's Seattle Seahawks Website Header [29]



DD. NFL's Tampa Bay Buccaneers Website Header [30]



---

[26] PHILADELPHIA EAGLES, www.philadelphiaeagles.com (last visited October 27, 2022).
[27] PITTSBURGH STEELERS, www.steelers.com (last visited October 27, 2022).
[28] SAN FRANCISCO 49ERS, www.49ers.com (last visited October 27, 2022).
[29] SEATTLE SEAHAWKS, www.seahawks.com (last visited October 27, 2022).
[30] TAMPA BAY BUCCANEERS, www.buccaneers.com (last visited October 27, 2022).

**EE.**     **NFL's Tennessee Titans Website Header** [31]



**FF. NFL's Washington Commanders Website Header** [32]



---

[31] TENNESSEE TITANS, www.tennesseetitans.com (last visited October 27, 2022).
[32] WASHINGTON COMMANDERS, www.commanders.com (last visited October 27, 2022).