# EXHIBIT B

# Exhibit B

## NFL's Team Website Code for branded-banner and nfl-c-header

**A.**     **NFL's Arizona Cardinals Website Code**[1]

```html
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
  <section class="d3-l-grid--outer d3-l-adv-row">...</section> grid
```

**B.**     **NFL's Atlanta Falcons Website Code**[2]

```html
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header"> flex
    <picture is-loaded="true">...</picture> flex
    <div class="d3-o-header__branded-header__sponsor">...</div> flex
  </div>
  <header class="nfl-c-header d3-o-nav__has-secondary-nav" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

**C.**     **NFL's Baltimore Ravens Website Code**[3]

```html
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

**D.**     **NFL's Buffalo Bills Website Code**[4]

```html
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

**E.**     **NFL's Carolina Panthers Website Code**[5]

```html
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

---

[1] ARIZONA CARDINALS, www.azcardinals.com (last visited October 27, 2022).
[2] ATLANTA FALCONS, www.atlantafalcons.com (last visited October 27, 2022).
[3] BALTIMORE RAVENS, www.baltimoreravens.com (last visited October 27, 2022).
[4] BUFFALO BILLS, www.buffalobills.com (last visited October 27, 2022).
[5] CAROLINA PANTHERS, www.panthers.com (last visited October 27, 2022).

F.      NFL's Chicago Bears Website Code [6]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

G.      NFL's Cincinnati Bengals Website Code [7]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

H.      NFL's Cleveland Browns Website Code [8]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

I.      NFL's Dallas Cowboys Website Code [9]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

J.      NFL's Denver Broncos Website Code [10]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

K.      NFL's Detroit Lions Website Code [11]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">...</div> flex
  </header>
```

---

[6] CHICAGO BEARS, www.chicagobears.com (last visited October 27, 2022).
[7] CINCINNATI BENGALS, www.bengals.com (last visited October 27, 2022).
[8] CLEVELAND BROWNS, www.clevelandbrowns.com (last visited October 27, 2022).
[9] DALLAS COWBOYS, www.dallascowboys.com (last visited October 27, 2022).
[10] DENVER BRONCOS, www.denverbroncos.com (last visited October 27, 2022).
[11] DETROIT LIONS, www.detroitlions.com (last visited October 27, 2022).

L.   NFL's Green Bay Packers Website Code [12]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header d3-o-header__branded-header--has-empty-image">…</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">…</div> flex
  </header>
```

M.   NFL's Houston Texans Website Code [13]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">…</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">…</header>
  <section class="d3-l-grid--outer d3-l-adv-row">…</section> grid
```

N.   NFL's Indianapolis Colts Website Code [14]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">…</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">…</div> flex
  </header>
```

O.   NFL's Jacksonville Jaguars Website Code [15]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">…</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">…</header>
```

P.   NFL's Kansas City Chiefs Website Code [16]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">…</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">
    <div class="d3-o-nav__wrap" data-require="modules/search" data-require-loaded="true">…</div> flex
  </header>
```

Q.   NFL's Las Vegas Raiders Website Code [17]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">…</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">…</header>
```

R.   NFL's Los Angeles Chargers Website Code [18]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">…</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">…</header>
```

---

[12] GREEN BAY PACKERS, www.packers.com (last visited October 27, 2022).
[13] HOUSTON TEXANS, www.houstontexans.com (last visited October 27, 2022).
[14] INDIANAPOLIS COLTS, www.colts.com (last visited October 27, 2022).
[15] JACKSONVILLE JAGUARS, www.jaguars.com (last visited October 27, 2022).
[16] KANSAS CITY CHIEFS, www.chiefs.com (last visited October 27, 2022).
[17] LAS VEGAS RAIDERS, www.raiders.com (last visited October 27, 2022).
[18] LOS ANGELES CHARGERS, www.chargers.com (last visited October 27, 2022).

S.  NFL's Los Angeles Rams Website Code [19]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

T.  NFL's Miami Dolphins Website Code [20]

```
<div class="d3-l-wrap" style="">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

U.  NFL's Minnesota Vikings Website Code [21]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

V.  NFL's New England Patriots Website Code [22]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

W.  NFL's New Orleans Saints Website Code [23]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

X.  NFL's New York Giants Website Code [24]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

Y.  NFL's New York Jets Website Code [25]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

Z.  NFL's Philadelphia Eagles Website Code [26]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

---

[19] LOS ANGELES RAMS, www.therams.com (last visited October 27, 2022).
[20] MIAMI DOLPHINS, www.miamidolphins.com (last visited October 27, 2022).
[21] MINNESOTA VIKINGS, www.vikings.com (last visited October 27, 2022).
[22] NEW ENGLAND PATRIOTS, www.patriots.com (last visited October 27, 2022).
[23] NEW ORLEANS SAINTS, www.neworleanssaints.com (last visited October 27, 2022).
[24] NEW YORK GIANTS, www.giants.com (last visited October 27, 2022).
[25] NEW YORK JETS, www.newyorkjets.com (last visited October 27, 2022).
[26] PHILADELPHIA EAGLES, www.philadelphiaeagles.com (last visited October 27, 2022).

**AA.**    **NFL's Pittsburgh Steelers Website Code** [27]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

**BB.**    **NFL's San Francisco 49ers Website Code** [28]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

**CC.**    **NFL's Seattle Seahawks Website Code** [29]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header d3-o-header__branded-header--has-empty-image">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

**DD.**    **NFL's Tampa Bay Buccaneers Website Code** [30]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header d3-o-header__branded-header--has-empty-image">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

**EE.**    **NFL's Tennessee Titans Website Code** [31]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header ">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

**FF.**    **NFL's Washington Commanders Website Code** [32]

```
<div class="d3-l-wrap">
  <div class="d3-o-header__branded-header">...</div> flex
  <header class="nfl-c-header" role="banner" data-require="modules/navigation" data-require-loaded="true">...</header>
```

---

[27] PITTSBURGH STEELERS, www.steelers.com (last visited October 27, 2022).
[28] SAN FRANCISCO 49ERS, www.49ers.com (last visited October 27, 2022).
[29] SEATTLE SEAHAWKS, www.seahawks.com (last visited October 27, 2022).
[30] TAMPA BAY BUCCANEERS, www.buccaneers.com (last visited October 27, 2022).
[31] TENNESSEE TITANS, www.tennesseetitans.com (last visited October 27, 2022).
[32] WASHINGTON COMMANDERS, www.commanders.com (last visited October 27, 2022).