# EXHIBIT C

**EXHIBIT C**

**NFL Team Websites Use of Tracking Methods**

**A. NFL's Atlanta Falcons Website**

    i.   Use of Tracking Method – Pixel:



    ii.   Use of the Tracking Method - SDK:



---

[1] ATLANTA FALCONS, https://www.atlantafalcons.com/ (last visited October 20, 2022).

[2] *Id.*

iii.   Use of "request" URL parameters to transmit Video Watching Data:



iv.   Use of the SDK to transmit Video Watching Data through request process:



---

[3] ATLANTA FALCONS, https://www.atlantafalcons.com/video/arthur-smith-the-objective-is-to-win-and-to-win-as-a-team-press-conference (last visited October 26, 2022)
[4] *Id.*

v.    Use of the request header to transmit an active c_user cookie from user's device:



---

**B. NFL's Buffalo Bills Website**

    i.    The Use of Tracking Method – Pixel:



    ii.    Use of the Tracking Method - SDK:



---

[6] BUFFALO BILLS, https://www.buffalobills.com/video/ (last visited October 21, 2022).
[7] *Id.*

iii.    Use of "request" URL parameters to transmit Video Watching Data:



iv.    Use of the SDK to transmit Video Watching Data through request process:



---

[8] BUFFALO BILLS, https://www.buffalobills.com/video/jordan-poyer-it-s-gonna-be-a-fun-atmosphere (last visited Oct. 26, 2022).

[9] *Id.*

v.    Use of the request header to transmit an active c_user cookie from user's device:



[10]

## C.  NFL's Carolina Panthers Website

i.    Use of Tracking Method – Pixel:



[11]

ii.    Use of the Tracking Method - SDK:



iii.    Use of "request" URL parameters to transmit Video Watching Data:



---

[12] *Id.*
[13] *Id.*

iv.    Use of the SDK to transmit Video Watching Data through request process:



[14]

v.    Use of the request header to transmit an active c_user cookie from user's device:



[15]

[14] *Id.*

[15] *Id.*

### D. Cleveland Browns

   i.    Use of the Tracking Method - SDK:



   ii.    Use of the Tracking Method - SDK:



---

[16] CLEVELAND BROWNS, https://www.clevelandbrowns.com/video/browns-live-training-camp-day-11 (last visited October 13, 2022).

[17] *Id.*

iii.    Use of "request" URL parameters to transmit Video Watching Data:



iv.    Use of the SDK to transmit Video Watching Data through request process:



v.    Use of the request header to transmit an active c_user cookie from user's device:



---

[18] *Id.*
[19] *Id.*
[20] *Id.*

### E.  Detroit Lions

i.     Use of Tracking Method – Pixel:



ii.     Use of the Tracking Method - SDK:



---

[21] DETROIT LIONS, https://www.detroitlions.com/video/campbell-on-the-defense-s-performance-in-week-7 (last visited October 24, 2022).

[22] *Id.*

iii.     Use of "request" URL parameters to transmit Video Watching Data:



iv.     Use of the SDK to transmit Video Watching Data through request process:



---

[23] *Id.*

[24] *Id.*

v.      Use of the request header to transmit an active c_user cookie from user's device:



[25]

### F.  Houston Texans

i.    Use of Tracking Method – Pixel:



ii.    Use of the Tracking Method - SDK:



---

[26] Houston Texans, https://www.houstontexans.com/video/te-jordan-akins-press-conference-10-25-2022 (last visited October 26, 2022).

[27] *Id.*

iii.   Use of "request" URL parameters to transmit Video Watching Data:



28

iv.   Use of the SDK to transmit Video Watching Data through request process:



29

---

[28] *Id.*

[29] *Id.*

v.    Use of the request header to transmit an active c_user cookie from user's device:



---

[30] *Id.*

### G. Indianapolis Colts

i.    Use of Tracking Method – Pixel:



ii.    Use of the Tracking Method - SDK:



iii.    Use of "request" URL parameters to transmit Video Watching Data:



---

[31] Indianapolis Colts, https://www.colts.com/video/ (last visited October 24, 2022).

[32] *https://www.colts.com/video/week-7-recap-frank-reich-colts-at-titans*

[33] *Id.*

iv.    Use of the SDK to transmit Video Watching Data through request process:



v.    Use of the request header to transmit an active c_user cookie from user's device:



---

[34] *Id.*
[35] *Id.*

### H. Jacksonville Jaguars

 i. Use of Tracking Method – Pixel:



 ii. Use of the Tracking Method - SDK:



---

[36] JACKSONVILLE JAGUARS, https://www.jaguars.com/video/experts-discuss-the-jaguars-identity-after-week-7-jags-drive-time-monday-october (last visited October 24, 2022).

[37] *Id.*

iii.  Use of "request" URL parameters to transmit Video Watching Data:



iv.  Use of the SDK to transmit Video Watching Data through request process:



---

[38] *Id.*

[39] *Id.*

v.   Use of the request header to transmit an active c_user cookie from user's device:



[40]

# I. Las Vegas Raiders

i.   The Use of Tracking Method – Pixel:



[41]

[40] *Id.*

[41] LAS VEGAS RAIDERS, https://www.raiders.com/video/maxx-crosby-we-re-looking-forward-to-getting-back-out-there-nfl-week-2 (pic captured Sept. 15, 2022).

ii.   Use of the Tracking Method - SDK:



iii.   Use of "request" URL parameters to transmit Video Watching Data:



---

[42] LAS VEGAS RAIDERS, https://www.raiders.com/video/coach-mcdaniels-recaps-week-7-a-total-team-day-something-to-build-on-nfl-2022 (last visited October 24, 2022).
[43] *Id.*

iv.    Use of the request header to transmit an active c_user cookie from user's device:



## J. Los Angeles Rams

i.    Use of Tracking Method – Pixel:



---

[44] *Id.*

[45] LOS ANGELES CHARGERS, https://www.chargers.com/video/final-drive-chargers-lose-37-23-to-seahawks-look-to-reset-season-at-the-bye (last visited October 24, 2022).

ii.     Use of the Tracking Method - SDK:



iii.    Use of "request" URL parameters to transmit Video Watching Data:



---

[46] *Id.*

[47] *Id.*

iv.     Use of the SDK to transmit Video Watching Data through request process:



v.     Use of the request header to transmit an active c_user cookie from user's device:



[48] *Id.*

[49] *Id.*