UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

JIM ALEX, MARK BOWERS, BOYCE BROWN, STEVEN CHECCHIA, NORMAN CLARK, RICHARD FUNDERBURK, ADELLA GONZALEZ, CHRISTOPHER HORTON, and DONAVON THOMPSON, on Behalf of Themselves and All Others Similarly Situated,

                              **Plaintiffs,**

        -against-

NFL ENTERPRISES, LLC and NATIONAL FOOTBALL LEAGUE,

                              **Defendants.**

22-CV-9239 (ALC)

**BRIEFING ORDER**

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

        The Court is in receipt of the parties' recent submissions. Defendants are hereby GRANTED leave to file a motion to dismiss. The parties are directed to adhere to the following briefing schedule:

Opening Brief: February 27, 2023.

Opposition: March 13, 2023.

Reply: March 20, 2023.

**SO ORDERED.**

**Dated:**     **New York, New York**
                **February 10, 2023**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**